

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Receipt**

50 NO. 14334

## CHRIS DANIEL DISTRICT CLERK

Case: 201336912-7        Trans ID: 208098393        Court: 189

Action ----- PAYMENT ON ACCOUNT -----

Style    PLT: SILVA, IRENE
         DEF: SINITIERE, PAUL A

| Fee | Description | Amount |
|-----|-------------|--------|
| 119 | TRANSCRIPT | $181.00 |

Comment: paid original clerks record

| | | |
|---|---|---|
| Payment Check | 1024 | $181.00 |
| Amount Tendered : | | $181.00 |
| Payment Amount: | | $181.00 |
| Amount Applied: | | $181.00 |
| Change Amount: | | $0.00 |

Received    WILLOUGHBY, JOSHUA RAY        24058762
Of          1314 TEXAS AVE #1500  THE WILLOUGHBY LAW FIRM
            HOUSTON, TX  77002
ONE HUNDRED EIGHTY ONE  AND 00/100
***************************Dollars

Payment Date: 2/19/2015                    File Date:

Assessed By: WASHINGTON, PHYLLIS
Validated: 2/20/2015        By: WOJCIK, MICHELLE A

**CUSTOMER COPY**

EXHIBIT A